UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00252-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARTURO GONZALEZ-GONZALEZ,

    Defendant.

_____

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown, it is

ORDERED that the Petition for Writ of Habeas Corpus Ad Prosequendum (filed June 12, 2007) is **GRANTED**. In accordance therewith, it is

ORDERED that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce OSCAR ARTURO GONZALEZ-GONZALEZ, a.k.a. Oscar Arturo Gonzalez, D.O.B. 1986, Booking Number 167779 and DOC Number 136790, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

Dated: June 12, 2007

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge