UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00252-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARTURO GONZALEZ-GONZALEZ,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

    ORDERED that pretrial motions shall be filed by **Friday, September 14, 2007**, and responses to these motions shall be filed by **Monday, September 24, 2007**.  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Tuesday, October 2, 2007, at 4:00 p.m..**  It is

    FURTHER ORDERED that a two-day jury trial is set to commence **Monday, October 15, 2007, at 9:00 a.m.**

    Dated:  August 16, 2007

                                               BY THE COURT:

                                               s/ Wiley Y. Daniel
                                               Wiley Y. Daniel
                                               U. S. District Judge